IN THE MATTER OF THE APPLICATION OF J. WILLARD
DE YOE.

Argued May 6, 1924—Decided May 12, 1924.

**Counselors-at-law—Examinations—Cannot be Given Until Full
Three Years Have Elapsed.**

Before Justices TRENCHARD, MINTURN and LLOYD.

For the applicant, *J. Willard De Yoe.*

PER CURIAM.

Mr. De Yoe's application (made in behalf of an attorney
whom he represents) is for a relaxation of our rule requiring
that an attorney shall not be admitted to take his examina-
tion until he has practiced as an attorney for three years;
in other words, for permission to take such examination
before such period of practice has expired in his case.

The application is made and urged because of the recent
change in our terms of court and the change of the times of
holding such examinations which follow.

We feel constrained to deny such application. As indi-
cated, our rule (6a) provides that "no person  *  *  *  shall
be recommended for license to practice as a counselor-at-law
in this state unless he shall first submit himself to examina-
tion, and give satisfactory evidence of his knowledge of the
principles and doctrines of the law, and his abilities as a
pleader; nor shall any be admitted to such examination
until he shall have practiced in this court as an attorney
for the space of three years at least;  *  *  *." We con-
sider that the reason urged furnishes no ground for the
relaxation of the rule in question.

The application is denied accordingly.